IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:13CR343** |
| **Plaintiff,** | ) | **8:11CR400** |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **LARON A. HAWKINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the court on the motions of Jackie L. Barfield to withdraw as counsel for the defendant, Laron A. Hawkins (Hawkins) (Filing No. 55 - 8:11CR400 and Filing No. 19 - 8:13CR343). The court held a hearing on the motions on December 27, 2013. The court determined the motion should be granted. Ms. Barfield's motions to withdraw (Filing No. 55 - 8:11CR400 and Filing No. 19 - 8:13CR343) are granted and substitute counsel will be appointed. The court finds Hawkins is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. D.A. Drouillard, 1603 Farnam Street, Omaha, NE, 68102, (402) 905-2100, is appointed to represent Hawkins for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Drouillard shall file his appearance in this matter forthwith. The clerk shall provide a copy of this order to Mr. Drouillard and to the Federal Public Defender.

    Ms. Barfield shall forthwith provide Mr. Drouillard with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Barfield which are material to Hawkins' defense.

    Hawkins requested the dispositional hearing and trial remain as previously scheduled. The dispositional hearing in 8:11CR400 remains scheduled before Judge Joseph F. Bataillon in Courtroom No. 3 at 3:30 p.m. on January 31, 2014. The trial in 8:13CR343 remains scheduled before Judge Joseph F. Bataillon and a jury in Courtroom No. 3 at 9:00 a.m on January 21, 2014.

    **IT IS SO ORDERED.**

    DATED this 27th day of December, 2013.

                                                                                 BY THE COURT:

                                                s/ Thomas D. Thalken
                                                United States Magistrate Judge